UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCKS HANA,

      Plaintiff,

v.

                                        Case No. 10-11858

COMMISSIONER OF SOCIAL          Honorable Patrick J. Duggan
SECURITY,

      Defendant.

_____/

## OPINION AND ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on August 18, 2011._____.

PRESENT:      THE HONORABLE PATRICK J. DUGGAN
                   U.S. DISTRICT COURT JUDGE

On May 7, 2010, Plaintiff filed this lawsuit challenging a final decision of the

Commissioner denying Plaintiff's application for Social Security Disability Insurance

Benefits and Supplemental Security Income.  On August 24, 2010, Plaintiff submitted a

document that the Court construed as a motion for summary judgment.  On October 4,

2010, Defendant filed a motion for summary judgment.  This Court referred both motions

to Magistrate Judge Michael Hluchaniuk.

On July 20, 2011, Magistrate Judge Hluchaniuk filed his Report and

Recommendation (R&R) recommending that this Court deny Plaintiff's motion for

summary judgment and grant Defendant's motion.  At the conclusion of the R&R,

Magistrate Judge Hluchaniuk advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  (R&R at 14.)  He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*., citing *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of Health and Human Servs*., 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Hluchaniuk.

Accordingly,

**IT IS ORDERED**, that Plaintiff's motion for summary judgment is **DENIED**;

**IT IS FURTHER ORDERED**, that Defendant's motion for summary judgment is **GRANTED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Rocks Hana
24357 Lauren Avenue
Warren, MI   48089

AUSA Judith E. Levy

Magistrate Judge Michael Hluchaniuk