UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCKS HANA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                        /

Case No. 10-11858

Honorable Patrick J. Duggan

## JUDGMENT

On May 7, 2010, Plaintiff filed this lawsuit challenging a final decision of the Commissioner denying Plaintiff's application for Social Security Disability Insurance Benefits and Supplemental Security Income. On August 24, 2010, Plaintiff submitted a document that the Court construed as a motion for summary judgment. On October 4, 2010, Defendant filed a motion for summary judgment. In an Opinion and Order entered on this date, the Court denied Plaintiff's motion and granted Defendant's motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Date: August 18, 2011

                        s/PATRICK J. DUGGAN
                        UNITED STATES DISTRICT JUDGE

Copies to:
Rocks Hana
24357 Lauren Avenue
Warren, MI 48089

AUSA Judith E. Levy

Magistrate Judge Michael Hluchaniuk